take further testimony reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of *Fisher* v. *Dale* (17 Johns. 343); the expense of the commission to be borne by plaintiff. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

PATRICK J. McGIVNEY, Appellant, v. WILLIAM LACHS and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MOE OSTROW, an Infant, by JOSEPH OSTROW, His Guardian ad Litem, Respondent, v. LILLIAN J. HANAN, Otherwise Known as Mrs. ADDISON G. HANAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JOSEPH OSTROW, Appellant, v. LILLIAN J. HANAN, Otherwise Known as Mrs. ADDISON G. HANAN, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

RALWIN CORPORATION, Respondent, v. N. THEODORE ARVIDSON, Appellant.— Order denying defendant's motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

WILLIAM L. RAMMEL, Respondent, v. CHARLES E. CULPEPER and COCA COLA BOTTLING COMPANY OF NEW YORK, INC., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOSEPH J. SCHMIDT, Respondent, v. HENRY RUTGERS REMSEN COLES and MARGARET DAVIDSON COLES, Individually and as Executors of the Estate of J. CAMPBELL THOMPSON, Deceased, Appellants.— Judgment, in so far as appealed from, unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FRANK STRAFINO, Appellant, v. EUGENE MERLONE, Defendant. CHARLES PESCARMONA and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

WILLIAM G. CARRUTH, Individually and on Behalf of Other Stockholders of the EMPIRE STATE FINANCE Co., INC., a Domestic Corporation, Similarly Situated, Appellant, v. EMPIRE STATE FINANCE Co., INC., and WILLIAM H. KELLEHER, JR., Respondents.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ. Settle order on notice.

KINGSWAY REALTY AND MORTGAGE CORPORATION, Appellant, v. KINGSWAY REPAIR CORPORATION, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ISIDOR MARKOWITZ, an Infant, etc., Respondent, v. IKE MILLSTEIN, Defendant. ADELLA MILLSTEIN, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

MATTEAWAN NATIONAL BANK OF BEACON, Respondent, v. OLEM COMPANY, INC., Appellant, and Others, Defendants.— Motion for reargument denied, with